UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DERICK DOUGLAS,

                                    Plaintiff(s),

                                                                        ***MEDIATION***
                                                                        ***CERTIFICATION***

                                                                        ___25___ - cv - __406___

                        v.

 COUNTY OF ERIE, et al.,

                                    Defendant(s).

_____

        I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on _____12/10/25_____.

    ☑ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.*


*Date:* 01/06/2026_____                    *Mediator: /S/*  Michael Menard_____


*Additional Comments:*
_____
_____
_____